# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE STRAYHORN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 8:16-cv-01942-CAS-MRW<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3050 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: 8/16/17

　　　　　　　　_____/S/ Michael R. Wilner_____
　　　　　　　　THE HONORABLE MICHAEL R. WILNER
　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

　　/s/ *Brian C. Shapiro*
_____
Brian C. Shapiro
Attorney for plaintiff Nicole Strayhorn

-1-